UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:

THOMAS PAUL LUCAS

                          CASE NO. 09-10484-LMK
                          CHAPTER 7

    Debtor(s).
_____/

**<u>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>**

This case came on for consideration of the Motion for Relief From the Automatic Stay filed by Movant, U.S. BANK, N.A., IT`S SUCCESSORS AND /OR ASSIGNS, on December 22, 2009, docket No. 25. The Motion has been served upon the parties of interest pursuant to Local Rule 4001-1-(c) and no party of interest has filed an objection to the Motion within the time permitted. Therefore, the Court deems the Motion to be unopposed. Accordingly, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The automatic stay arising from these proceedings is terminated, so as to permit Movant to foreclose its mortgage; and

2. The Order Granting Relief from the Automatic Stay is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described as:

**LOT 22, OF COUNTRY HILLS AMENDED, ACCORDING TO THE PLAT OF RECORD IN THE OFFICEOF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 267 OF MAPS, PAGE 20.**

    **A/K/A 20023 North 10th Street, Phoenix, AZ 85024**

and permitting Movant to offer and provide debtor with information regarding a potential Forebearance

Agreement, Loan Modification, Refinance Agreement, or other loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtor(s), and allowing Movant any other remedies the Movant may have under applicable non-bankruptcy law provided, that the Movant shall not seek or obtain an *in personam* judgment against the Debtor(s).

DONE AND ORDERED AT GAINESVILLE, Florida, _____January 11th, 2010_____.

_____
LEWIS M. KILLIAN, JR.
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, P.A.
18820 U.S. HIGHWAY 19 NORTH, SUITE 212
CLEARWATER, FL 33764

THOMAS PAUL LUCAS
11301 NE 2ND WAY
BRANFORD, FL 32008

MICHAEL D. BRUCKMAN, ESQUIRE
MICHAEL D. BRUCKMAN, P.A.
1624 N.W. 6TH STREET
GAINESVILLE, FL 32609

THERESA M. BENDER
P. O. BOX 14557
TALLAHASSEE, FL 32317

UNITED STATES TRUSTEE
110 E. PARK AVENUE
SUITE 128
TALLAHASSEE, FL 32301